IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JUSTICE I. ALLAH, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | CASE NO. 2:12-cv-0191-TMH |
| ) | WO |
| BRIAN RIORDAN, *et al.*, ) | |
| ) | |
| Respondents. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The petitioner's objection (Doc. #53) to the Recommendation of the Magistrate Judge filed on June 8, 2012 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #51) filed on June 4, 2012 is adopted;

3. That the 28 U.S.C. § 2241 petition for habeas corpus relief filed by Allah is DISMISSED as moot because, with respect to the pretrial detention challenged, Allah has already been convicted by guilty plea and been sentenced.

DONE this the 13th day of June, 2012.

/s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE